UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bougoura Desire Sango,<br><br>                 Plaintiff,<br><br>-against-<br><br>City of New York, et al.,<br><br>                 Defendants. | 24-CV-0142 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated July 1, 2024 (ECF 20), Judge Ronnie Abrams referred this case to me for general pretrial supervision. The Court has received attorney Michael Palillo's motion seeking permission to withdraw as counsel of record for Plaintiff Bougoura Desire Sango. (ECF 19.). This motion falls within the scope of my referral.

Accordingly, it is ORDERED that:

1. Attorney Palillo shall promptly serve unredacted copies of his June 28, 2024 motion and this Order upon Plaintiff and file proof of same on ECF no later than July 8, 2024.

2. If Plaintiff wishes to respond to his attorney's motion to withdraw, he may do so by letter, emailed to the Court at TarnofskyNYSDChambers@nysd.uscourts.gov or delivered to the Court by mail, courier, or overnight delivery service addressed to:

> Chambers of the Hon. Robyn F. Tarnofsky
> United States Magistrate Judge
> United States Courthouse
> 500 Pearl Street
> New York, NY 10007

      Any letter must be signed; must include the name and docket number of this case; must be emailed or delivered to the Court no later than **July 17, 2024**; and must be sent, by mail or email, to attorney Palillo.

3. Any other objections or responses to the withdrawal motion must also be submitted to the Court no later than **July 17, 2024**.

DATED: July 3, 2024
        New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge