UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

BOUGOURA DESIRE SANGO,

                  Plaintiff,

        v.

CITY OF NEW YORK *et al.*,

                  Defendants.

No. 24-CV-142 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As this action is referred to Magistrate Judge Tarnofsky for general pretrial management, the conference currently scheduled for September 6, 2024 at 11:30 a.m. is hereby adjourned. The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.

Dated:    August 26, 2024
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge