UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bougoura Desire Sango,<br><br>                Plaintiff,<br><br>-against-<br><br>City of New York, et al.,<br><br>                Defendants. | 24-CV-0142 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      This action is scheduled for a status conference on **September 9, 2024**, at **11:00 AM** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007.

      If the parties are not available at this date and time, the parties are directed to discuss alternative dates with each other and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this order.

DATED:  August 27, 2024
             New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge