UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bougoura Desire Sango,<br><br>    Plaintiff,<br><br> -against-<br><br>City of New York, et al.,<br><br>    Defendants. | 24-CV-0142 (RA) (RFT)<br><br>**<u>ORDER</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  On May 1, 2024, I issued an Order setting a briefing schedule in connection with Defendant's anticipated letter motion to stay discovery. (ECF 34.) In that Order I directed Plaintiff to file an opposition to Defendant's motion to dismiss no later than September 25, 2024. The September 25, 2024 deadline to submit an opposition has now expired.

  Accordingly, I am nunc pro tunc extending the time for Plaintiff to file a brief in opposition to the Defendant's letter motion to stay. Plaintiff shall file his opposition explaining in a letter filed on the docket why discovery should not be stayed and why the information exchange between the parties should begin before the Court decides the anticipated motion to dismiss no later than **October 8, 2024**.

  Plaintiff is informed that the City Bar Justice Center runs a legal services clinic for pro se litigants in the Southern District of New York. The Pro Se Law Clinic is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the Pro Se Intake Unit). If Plaintiff so chooses, he may complete the City Bar Justice Center's [intake form](intake form) to make an appointment. If

Plaintiff has questions about the intake form or needs to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email ([fedprosdny@nycbar.org](mailto:fedprosdny@nycbar.org)).

DATED:   October 2, 2024
         New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge