UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bougoura Desire Sango,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>City of New York, et al.,<br><br>　　　　　　Defendants. | 24-CV-0142 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　The initial case management conference scheduled for **October 15, 2024**, at **11:00 AM** will now be converted to a status conference to address Defendants' stay motion. The parties are directed to report to Courtroom 9B at 500 Pearl Street, New York, NY, 10007 at the scheduled time.

　　All deadlines related to the initial case management conference are canceled.

DATED:　October 9, 2024
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**ROBYN F. TARNOFSKY**
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge