UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Bougoura Desire Sango,<br><br>                       Plaintiff,<br><br> -against-<br><br>City of New York, et al.,<br><br>                       Defendants. | 24-CV-00142 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      On October 15, 2024, I held an in-person status conference with the parties to address Defendants' motion to stay discovery. Defendants are seeking a stay of discovery until after the Court has issued a decision on Defendants' planned motion to dismiss the complaint, which will be filed on October 31, 2024.

      For the reasons explained at the conference, Defendants' motion to stay discovery is GRANTED. After reviewing the complaint and filings on the docket, I believe that Defendants have met their burden of showing that there is good cause for the stay. The viability of Plaintiff's claims is at least in some doubt. Defendants have explained the burden to them of responding to discovery requests. Plaintiff explained that he believes there would be prejudice to him if discovery is stayed because he thinks that the video on which Defendants will rely in connection with the motion to dismiss could be taken out of context. However, Plaintiff, as a pro se litigant, may place the video in context in his opposition papers. The exchange of information between the parties will not begin unless the Court denies the motion to dismiss. The parties shall retain any information or documentary support relating to this matter while the stay is in place. The Clerk of Court is respectfully requested to terminate ECF 35.

DATED: October 16, 2024
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge