UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bougoura Desire Sango,

                Plaintiff,

    -against-

City of New York, et al.,

                Defendants.

24-CV-0142 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

By Order of Reference dated July 1, 2024 (ECF 20), Judge Ronnie Abrams referred this case to me for general pretrial supervision. On December 16, 2024 Plaintiff filed a letter request seeking my permission to submit a "USB drive" containing certain video "evidence" that will support his response to Defendants' motion to dismiss. (*See* ECF 41.).

Plaintiff may submit the USB drive in connection with his response to Defendants' motion to dismiss. However, the Court will ultimately decide whether to consider the evidence contained on Plaintiff's USB drive when it decides Defendants' motion to dismiss.

DATED:  December 19, 2024
      New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge