UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOUGOURA DESIRE SANGO,

               Plaintiff,

  -against-

CITY OF NEW YORK, et al.,

               Defendants.

24-CV-0142 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The Court received an undocketed communication from Defendants' counsel, which is attached as Exhibit A to this Order. I appreciate that counsel drew my attention to the docketing error, which has since been corrected.

DATED:  April 21, 2025
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# Exhibit A

**Tarnofsky NYSD Chambers**

---

**From:** Bevelacqua, Adam <abevelac@law.nyc.gov>
**Sent:** Friday, April 18, 2025 1:27 PM
**To:** Tarnofsky NYSD Chambers
**Subject:** Sango v. CNY, 24-CV-146 (RA) (RFT)

**CAUTION - EXTERNAL:**

Good afternoon,

I wanted to inform the Court about a possible error on Dkt. 49. On the docket, it appears that plaintiff sent a letter to the Court to complain of not "being properly served" with "two documents filed in February." However, the letter on Dkt. 49 is a letter from an inmate named Carl Brown from the following case: Brown v. Laino, 24-cv-6677 (PMH).

Adam Bevelacqua
Senior Counsel
New York City Law Department
Special Federal Litigation Division
100 Church Street
New York, NY 10007
(212) 356-2105

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.