UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOUGOURA DESIRE SANGO,<br><br>                Plaintiff,<br><br>  -against-<br>CITY OF NEW YORK, et al.,<br><br>              Defendant. | 24cv00142 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

After the withdrawal of Plaintiff's counsel, I stayed this action pending the filing of a Notice of Appearance by replacement counsel for Plaintiff or a letter from Plaintiff stating his intention to proceed without a lawyer. (*See* ECF 24.) Plaintiff filed a letter stating his intention to proceed without a lawyer. (*See* ECF 28.) Accordingly, the stay is lifted.

The Clerk of Court is respectfully requested to remove the case-stay flag.

DATED: April 22, 2025
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge