UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOUGOURA DESIRE SANGO,

               Plaintiff,

   -against-

CITY OF NEW YORK, et al.,

               Defendant.

24cv00142 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On February 12, 2025, pro se Plaintiff filed affidavits and other evidence to support his opposition to Defendants' motion to dismiss the complaint. (*See* ECF 46.) Plaintiff's submission includes his son's psychotherapy records, which Plaintiff did not request to seal.

The Clerk of Court is respectfully requested to temporarily seal **ECF 46**, pending a final determination, with access limited to court personnel and case participants.

DATED: July 21, 2025
          New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge