UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOUGOURA DESIRE SANGO,

                Plaintiff,

   -against-
CITY OF NEW YORK, et al.,

                Defendant.

24cv00142 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 31, 2024, Defendants filed a motion to dismiss pro se Plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (*See* ECF 40.) On December 16, 2024, Plaintiff filed an opposition to Defendants' motion to dismiss that relied, in part, on body-worn camera videos. (*See* ECF 42, Pl. Opp. at 27-28.) Defendants likewise submitted three body-worn camera videos in support of their motion to dismiss. (*See* ECF 40-2, Bevelacqua Decl. ¶¶ 2-4.) Plaintiff relied on body-worn camera videos in addition to the ones submitted by Defendants. It is ORDERED that by **July 30, 2025 at 12:00 PM**, Defendants shall submit to the Court the following body-worn camera videos identified by Plaintiff in his opposition to the motion to dismiss, which Defendants have not already submitted to the Court:

- "AXON Body 3 Video 2023-05-28 1905";

- "AXON Body 3 Video 2023-05-28 1905-2";

- "AXON Body 3 Video 2023-05-28 1907"; and

- "Axon Body 3 Video 2023-05-28 1931-2."

(*See* ECF 42, Pl. Opp. at 27-28.) Defendants are directed to submit the videos by hand delivery to Chambers in the form of a physical compact disc or flash drive, with a copy sent by mail to pro se Plaintiff. The Court will arrange for Defendants' submission to be filed on the docket.

DATED:  July 28, 2025
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge