UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOUGOURA DESIRE SANGO,

                Plaintiff,

    -against-

CITY OF NEW YORK, et al.,

                Defendants.

24-CV-0142 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    On July 28, 2025, I ordered Defendants to hand deliver to chambers by July 30, 2025 four videos of body-worn camera footage, which Plaintiff identified in his opposition to Defendants' motion to dismiss, but which the Court had not yet previously received. (*See* ECF 53, Order.)

    On July 29, 2025, the Court received a compact disc containing the four requested videos, one of which was unviewable because the file containing the video was corrupted. A copy of Defendants' cover letter accompanying the submission is attached to this order as Exhibit A. On July 30, 2025, my courtroom deputy emailed counsel for Defendants to request a new copy of the corrupted video, which was provided that same day. A copy of counsel for Defendants' email to chambers is attached to this order as Exhibit B.

    This order confirms that the Court has received all four videos requested in the July 28, 2025 order. (*See* ECF 53, Order.)

DATED: August 4, 2025
            New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# Exhibit A



<table>
<tr><td>MURIEL GOODE-TRUFANT<br/><i>Corporation Counsel</i></td><td>THE CITY OF NEW YORK<br/><b>LAW DEPARTMENT</b><br/>100 CHURCH STREET<br/>NEW YORK, N.Y. 10007</td><td>ADAM BEVELACQUA<br/>Senior Counsel<br/>Tel.: (212) 356-2105<br/>Fax: (212) 356-3509<br/>Email: abevelac@law.nyc.gov</td></tr>
</table>

July 28, 2025

VIA ECF
Magistrate Judge Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: <u>Bougoura Desire Sango v. City of New York, et al.</u>, 24-CV-142 (RA) (RFT)

Your Honor:

    I am Senior Counsel in the Office of the Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney for defendants City of New York ("City"), Sergeant Michael Marzocchi, and PO Abdulrahman Alzokari in the above-referenced matter. In response to the Court's July 28, 2025 order, defendants provide the enclosed DVD of the four requested body-worn cameras that plaintiff referenced in his response to the pending motion to dismiss. Dkt 53. I also have mailed a copy to plaintiff at his address listed on ECF.

                                      Respectfully submitted,

                                      /s/ <i>Adam Bevelacqua</i>

                                      Adam Bevelacqua
                                      Senior Counsel
                                      Special Federal Litigation Division

To:    <u>VIA MAIL</u>
        Bougoura Desire Sango
        <i>Pro Se</i>

# Exhibit B

| | |
|---|---|
| From: | secure_mail@secureft.law.nyc.gov |
| To: | Tarnofsky NYSD Chambers |
| Cc: | Anne Zeng-Huang |
| Subject: | BWC 1905-2 - Sango v. CNY, 24-CV-146 (RA) (RFT) |
| Date: | Wednesday, July 30, 2025 9:46:43 AM |

**CAUTION - EXTERNAL:**



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.