

**THE CITY OF NEW YORK**

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, N.Y. 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

ADAM BEVELACQUA
Senior Counsel
Tel.: (212) 356-2105
Fax: (212) 356-3509
Email: abevelac@law.nyc.gov

September 26, 2025

VIA ECF
Magistrate Judge Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Bougoura Desire Sango v. City of New York, et al.</u>, 24-CV-142 (RA) (RFT)

Your Honor:

      I am Senior Counsel in the Office of the Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney for defendants City of New York ("City"), Sergeant Michael Marzocchi, and PO Abdulrahman Alzokari in the above-referenced matter. With plaintiff's consent, defendants write to respectfully request that the Court adjourn the initial case management conference scheduled for October 22, 2025 (Dkt. 66) until November 21, 2025, as my last day with the office will be October 3, and a new attorney will be assigned this case. Thank you for your consideration of this matter.

The initial case management conference is rescheduled to **November 24, 2025** at **10 AM** with the deadline for filing a joint proposed case management order by November 17, 2025. Prose Plaintiff and counsel for the Defendants are directed to call my conference line at the scheduled time by dialing (646) 453-4442, Access Code: 894 452 393 #.

The Clerk of Court is respectfully requested to grant ECF 67.

Dated: September 29, 2025
      New York, NY

SO ORDERED

*/s/ Robyn F. Tarnofsky*
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

*/s/ Adam Bevelacqua*

Adam Bevelacqua
Senior Counsel
Special Federal Litigation Division

To:    VIA ECF
        Bougoura Desire Sango
        *Pro Se*