

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**SHREYA KRISHNAMURTHY**
*Assistant Corporation Counsel*
Phone: (212) 356-2671
Fax: (212) 356-3540
Email: shrekris@law.nyc.gov

November 14, 2025

**BY ECF**
Honorable Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Bougoura Desire Sango v. City of New York, et. al.</u>,
24 Civ. 0142 (RA) (RFT)

> Application GRANTED. The November 24, 2025 Initial Case Management Conference is rescheduled to **December 1, 2025 at 2:00 PM**. The parties are directed to join the conference at the scheduled time by dialing **(646) 453-4442, Access Code 894 452 393 #**. If the parties are unable to confer before that date to complete the proposed case management plan, the dates will be set by the Court at the conference, in consultation with the parties. The Clerk of Court is respectfully requested to terminate ECF 73.
>
> Dated: November 17, 2025
> New York, NY
>
> SO ORDERED
> */s/ Robyn Tarnofsky*
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing defendants the City of New York, Sergeant Michael Marzocchi, and PO Abdulrahman Alzokari ("defendants"). Defendants respectfully write to request: (1) an adjournment of the Initial Case Management Conference presently scheduled for November 24, 2025 at 10:00 a.m. to a date and time convenient for the Court after December 1, 2025, and (2) a corresponding adjournment of the deadline for the parties to submit a joint proposed Case Management Plan and Scheduling Order. This is the second request of this kind. The undersigned was unable to reach plaintiff *pro se* Bougoura Desire Sango for his consent prior to filing this request.

      By way of relevant background, plaintiff, who is proceeding *pro se*, brings this action, pursuant to 42 U.S.C. § 1983, alleging, *inter alia*, false arrest, failure to intervene, malicious prosecution and New York state law claims for assault and battery, and negligent hiring and training arising from plaintiff's arrest on May 28, 2023. Plaintiff names the City of New York, Sergeant Michael Marzocchi, and PO Abdulrahman Alzokari as defendants. On October 31, 2024, defendants moved to dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. See ECF No. 40. On September 19, 2025, the Court adopted Your Honor's Report and Recommendations on defendants' motion to dismiss and "(1)

convert[ed] Defendants' motion to dismiss into a motion for partial summary judgment as to the claims for false arrest, excessive force, failure to intervene, and assault and battery; (2) denie[d] Defendants' motion for partial summary judgment on Sango's false arrest claim, his related claim for failure to intervene and his claim for assault and battery; (3) grant[ed] Defendants' motion for partial summary judgment on Sango's excessive force claim and his related claim for failure to intervene; (4) grant[ed] Defendants' motion to dismiss the NIED, IIED and negligence claims for failure to state a claim; (5) denie[ed] Defendants' motion to dismiss the claims for malicious prosecution and negligent hiring and training; and (6) denie[ed] Sango's application for leave to amend." ECF No. 65. On September 22, 2025, the Court scheduled an Initial Case Management Conference for October 22, 2025, which was later adjourned to November 24, 2025. See ECF Nos. 66, 68.

The reason for the instant request is that the undersigned has a personal emergency that requires me to be out of the office from November 17, 2025 to November 28, 2025.[1]

Accordingly, the defendants respectfully request: (1) an adjournment of the Initial Case Management Conference presently scheduled for November 24, 2025 at 10:00 a.m. to a date and time convenient for the Court after December 1, 2025, and (2) a corresponding adjournment of the deadline for the parties to submit a joint proposed Case Management Plan and Scheduling Order.

Thank you for your consideration herein.

Respectfully submitted,

*/s/ Shreya Krishnamurthy*

Shreya Krishnamurthy
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:   **VIA FIRST-CLASS MAIL**
Bougoura Desire Sango
*Plaintiff pro se*
721 Walton Avenue
Apt. F14
Bronx, NY 10451

---

[1] The undersigned respectfully notes that I am scheduled to appear at a conference in another matter on December 10, 2025 at 12 p.m.