UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOUGOURA DESIRE SANGO,

                Plaintiff,

     -against-

CITY OF NEW YORK, et al.,

                Defendants.

24-CV-0142 (RA) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the Initial Case Management Conference held on December 1, 2025:

1. Because counsel will be appearing for Plaintiff, who was previously pro se, this case is designated to fall within Local Civil Rule 83.10.

2. By **December 5, 2025**, the parties shall submit a joint letter on the docket indicating whether they would prefer a reference to Court-annexed mediation or to hold a settlement conference with me

3. Defendants' time to answer the operative complaint is extended nunc pro tunc until **December 15, 2025.**

4. The parties shall make the disclosures required under Rule 26 by **January 6, 2026.**

5. The parties shall complete the limited discovery contemplated by Local Civil Rule 83.10(e) by **January 12, 2026.**

6. The operative complaint may be amended without leave of Court to name additional defendants by **January 26, 2026.** The filing of such an amended complaint will not affect any of the duties imposed by Local Civil Rule 83.10 or this Order.

7. Plaintiff shall serve a written settlement demand on the City by **January 26, 2026**; the City must respond in writing by **February 9, 2026**.

8. A mediation session or settlement conference will be held on or before **March 9, 2026**.

DATED: December 1, 2025
       New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge