UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOUGOURA DESIRE SANGO,<br><br>               Plaintiff,<br><br>    -against-<br><br>CITY OF NEW YORK, et al.,<br><br>              Defendants. | 24-CV-0142 (RA) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

This action is scheduled for a case management conference on **May 19, 2026 at 10:30 AM**. Counsel for Plaintiff and Defendants are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 285 882 94#.** The parties should be prepared to set a discovery schedule.

DATED:    May 14, 2026
             New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge