UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOUGOURA DESIRE SANGO,

                Plaintiff,

     -against-

CITY OF NEW YORK, et al.,

                Defendants.

24-CV-0142 (RA) (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the status conference held on May 21, 2026:

1.      Initial discovery requests shall be served by **June 30, 2026**, and responses shall be due by **July 31, 2026.**

2.      The last date to seek leave to amend the complaint or add parties shall be **August 17, 2026.**

3.      Fact discovery shall be completed by **November 23, 2026**.

4.      Plaintiff shall inform Defendants by **September 1, 2026** whether he intends to make use of experts, and if so, of the types of experts and scope of the anticipated expert testimony. If expert discovery takes place, it shall be completed by **February 26, 2027.**

5.      On the first business day of each month, beginning on **August 3, 2026,** and continuing through either **December 1, 2026** or **March 1, 2027** as appropriate, the parties shall file joint updates on the status of discovery and whether facilitated settlement talks would be productive at that time.

Dated:  May 21, 2026
        New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**